UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYAN D. WILLIAMS, on behalf of himself
and those similarly situated,

    Plaintiff,

v.                                                   CASE NO: 8:09-cv-709-T-26MAP

KENCO LOGISTIC SERVICES, LLC,

    Defendant.
_____/

## **O R D E R**

Upon due consideration of the court file, it is ordered and adjudged that Plaintiff's Motion for an Order Permitting Supervised Notice of (sic) to Potential Opt-In Plaintiffs and Certification of This Case as a Collective Action (Dkt. 11), filed prior to the time Defendant has had an opportunity to file a response to the complaint,[1] as well as prior to the Court's entry of a case management and scheduling order, is denied as premature. The parties shall provide a proposed date for the filing of such a motion in their case management report.

**DONE AND ORDERED** at Tampa, Florida, on May 5, 2009.

                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record

---

[1] The Court notes that Defendant has been afforded an unopposed continuance until June 10, 2009, to respond to Plaintiff's complaint. See dockets 9 and 10.